FRANK J. McGOWAN, Respondent, *v.* P. BALLANTINE & SONS, Appellant.

*Appeal — frivolous exceptions.*

*McGowan* v. *Ballantine & Sons*, 194 App. Div. 912, appeal dismissed. (Submitted May 31, 1921; decided June 7, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 11, 1920, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the exceptions were frivolous and that the record presented no questions that the Court of Appeals could review.

*Ivan A. Gardner* for motion.

*William A. Parshall* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, et al., Respondents.

(Submitted May 31, 1921; decided June 7, 1921.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 1.)